642

PER CURIAM.

James Geis, of Office of State Appellate Defender, of Ottawa, for appellant.

Michael M. Mihm, State's Attorney, of Peoria, for the People.

ADVANCE CONSTRUCTION COMPANY, INC., Plaintiff, *v.* BROOKHAVEN MANOR WATER COMPANY, Defendant and Third-Party Plaintiff-Appellee— (ILLINOIS BELL TELEPHONE COMPANY, Third-Party Defendant-Appellant.)

(No. 72-367;

Second District—June 5, 1974.

Opinion by Mr. JUSTICE GUILD.

L. Bow Pritchett, Alan N. Baker, and Richard G. Siegel, all of Chicago, for appellant.

Smietanka & Garrigan, of Chicago, for appellee.